| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
SAMNEUK BUNMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:06-cr-00313 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING |
| | ) AND |
| v. | ) ORDER THEREON |
| SAMNEUK BUNMA, et al., | ) Date: August 21, 2009 |
| | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Samneuk Bunma, that the date for sentencing may be continued to August 21, 2009, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is June 5, 2009. The requested new date is August 21, 2009**.

Mr. Bunma is out of custody. He and several co-defendants were charged with conspiracy to distribute marijuana in a multi-defendant indictment. Some defendants have entered plea agreements but others are set for trial. A trial confirmation hearing is set for August 14, 2009. Mr. Bunma has entered a plea agreement and is awaiting sentencing. However, depending upon the decisions of the co-defendants who are set for trial, it may be necessary for Mr. Bunma to complete additional tasks prior to sentencing in order to comply with his possible obligations under the plea agreement. For this reason, it is requested that Mr. Bunma's sentencing be continued until a date after the trial confirmation hearing of his co-

1  defendants.

2  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
3  effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this reason, the ends of
4  justice served by the granting of the requested continuance outweigh the interests of the public and the
5  defendants in a speedy trial.

LAWRENCE G. BROWN
Acting United States Attorney

DATED: June 4, 2009          By /s/ KATHLEEN A. SERVATIUS
                                KATHLEEN A. SERVATIUS
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: June 4, 2009          By /s/ Eric V. Kersten
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                Samneuk Bunma

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 4, 2009**            /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE