DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMNEUK BUNMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-cr-00313 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |
| v. | |
| SAMNEUK BUNMA, et al., | Date: April 23, 2010 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Samneuk Bunma, that the date for sentencing may be continued to April 23, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is January 22, 2010. The requested new date is April 23, 2010.**

Mr. Bunma is out of custody. He has entered a plea agreement and is awaiting sentencing. It is anticipated that Mr. Bunma will be remanded at that time. On the requested sentencing date of April 23, 2010, a co-defendant in the case, Phat Sam, is also scheduled for sentencing.

Mr. Bunma has been out of custody, under pre-trial supervision, throughout the extended proceedings in this matter and he has had no problems whatsoever. He is currently working and has a five month old daughter. He hopes to stay out of custody as short while longer to allow additional time to bond with his daughter, and also to earn additional money to assist with her support. In addition, a 5K1.1

motion will be filed in this matter and, depending upon the decisions of co-defendants who are awaiting sentencing, it may be necessary for Mr. Bunma to complete additional tasks in order to comply with his obligations under the plea agreement.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: January 19, 2010        By /s/ KATHLEEN A. SERVATIUS
                                          KATHLEEN A. SERVATIUS
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: January 19, 2010        By /s/ Eric V. Kersten
                                          ERIC V. KERSTEN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Samneuk Bunma

## **O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                        IT IS SO ORDERED.

**Dated:   January 20, 2010**        /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE