DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMNEUK BUNMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:06-cr-00313 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING |
| | ) AND |
| v. | ) ORDER THEREON |
| SAMNEUK BUNMA, et al., | ) Date: May 7, 2010 |
| | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Samneuk Bunma, that the date for sentencing may be continued to May 7, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is April 23, 2010. The requested new date is May 7, 2010.**

Mr. Bunma is out of custody. He has entered a plea agreement and is awaiting sentencing. It is anticipated that Mr. Bunma will be remanded at the time of sentencing. A co-defendant in the case, Keoun San, is currently scheduled for sentencing on the requested date of May 7, 2010.

Mr. Bunma has been out of custody throughout the extended proceedings in this matter. He has had no problems while on pre-trial supervision. Mr. Bunma, his wife, and their seven month old daughter have been sharing a residence with relatives who are relocating. After Bunma is incarcerated, his wife will not be afford the rent on her own. Mr. Bunma is requesting a short continuance to allow him to help his

wife and daughter move to a new residence at the end of the month.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: April 5, 2010     By /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 5, 2010     By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Samneuk Bunma

## **O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

**Dated:   April 6, 2010**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE