1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    ERIC V. KERSTEN, Bar #226429
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California 93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    SAMNEUK BUNMA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,         )   NO. 1:06-cr-00313 LJO
                                       )
12                  Plaintiff,         )   STIPULATION TO EXTEND SURRENDER
                                       )   DATE; ORDER THEREON
13        v.                           )
                                       )
14   SAMNEUK BUNMA,                    )
                                       )
15                  Defendant.         )
                                       )
16   _____ )

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

18   counsel of record herein, that the surrender date of Mr. Samneuk Bunma may be extended from July 6,

19   2010 to **July 27, 2010 before 2:00 p.m.**

20        At sentencing, the court recommended that Mr. Bunma be designated to a California facility,

21   subject to security classification and space availability. The court further ordered that Mr. Bunma

22   surrender on July 6, 2010. Unfortunately for Mr. Bunma, due to overcrowding at appropriate California

23   institutions, the Bureau of Prisons designated him to a facility in Ohio, more than 2,500 miles away from

24   Bunma's home in Fresno. Defense counsel wrote to BOP on June 8, 2010, describing Mr Bunma's

25   circumstances and asking whether it was possible that Mr. Bunma be designated to an institution closer to

26   Cailfornia. On June 24, 2010 the defense was advised that no change in designation was possible.

27        Mr. Bunma delayed purchasing his airline ticket to Ohio in hopes that he would be designated to a

28   closer facility. Unfortunately, no low cost airfares are now available for Akron, Ohio, the nearest airport,

1   to the designated facility. The defense is requesting an extension of Mr. Bunma's self-surrender date to

2   July 27, 2010, to allow for purchase of a less expensive airline ticket. The government does not object to

3   this request.

4

5   DATED:   June 28, 2010                         BENJAMIN B. WAGNER
                                                    United States Attorney
6

7                                                  By /s/ Kathleen A. Servatius
                                                      KATHLEEN A. SERVATIUS
8                                                     Assistant U.S. Attorney
                                                      Attorney for Plaintiff
9

10

11  DATED: June 28, 2010                           DANIEL J. BRODERICK
                                                    Federal Defender
12

13                                                 By /s/ Eric V. Kersten
                                                      ERIC V. KERSTEN
14                                                    Assistant Federal Defender
                                                      Attorney for Defendant
15                                                    Samneuk Bunma

16

17                                    **O R D E R**

18          The defendant shall surrender for service of his sentence at the institution designated by the United

19  States Bureau of Prisons before 2:00 p.m. on July 27, 2010.

20          IT IS SO ORDERED.

21  **Dated:    June 29, 2010**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28
    Bunma - Stipulation Extending
    Surrender Date and Proposed Order              2