DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMNEUK BUNMA

**FILED**

OCT 18 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-cr-00313 LJO |
| Plaintiff, | STIPULATION TO EXONERATE CASH BOND AND RECONVEY FUNDS; [PROPOSED] ORDER THEREON |
| v. | |
| SAMNEUK BUNMA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, attorney for the Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, attorney for Defendant Samneuk Bunma, that the cash bond posted for the pre-trial release of defendant be exonerated and the funds be returned to Somchit Bunma, 4710 E. Huntington Avenue, Apt. C, Fresno, California 93702, phone: (559) 907-8116.

On September 20, 2006, Samneuk Bunma was ordered released under pretrial conditions which included the posting of a $3,000 cash bond. Also on September 20, 2006, Somchit Bunma posted a $3,000 cash bond (receipt # 100 204020) to secure Samneuk Bunma's pretrial release.

On May 7, 2010, Mr. Bunma appeared before District Court Judge Lawrence J. O'Neill and was sentenced after having previously changed his plea to guilty pursuant to a plea agreement. Mr. Bunma was sentenced to a 27-month term of imprisonment and ordered to self-surrender to the United States Bureau of Prisons on or before July 6, 2010. On June 29, 2010, Judge O'Neill signed an order extending

Mr. Bunma's surrender date to July 27, 2010. Mr. Bunma timely surrendered on July 27, 2010 after having complied with all conditions of his pretrial release. He is currently incarcerated by the Bureau of Prisons at the NE Ohio Correctional Center CI.

Based on the foregoing, it is respectfully requested that the $3,000 cash bond posted in this matter (receipt # 100 204020) be immediately exonerated and reconveyed to Somchit Bunma, whose mailing address is 4710 E. Huntington Avenue, Apt. C, Fresno, California 93702. His telephone number is (559) 907-8116.

DATED: October 14, 2010     BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Kathleen A. Servatius
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

DATED: October 14, 2010     DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Eric Kersten
                            ERIC KERSTEN
                            Assistant Federal Defender
                            Attorney for Defendant

## O R D E R

**IT IS SO ORDERED.** The bond in the above-captioned case is exonerated. The funds shall be reconveyed to Somchit Bunma.

DATED: October 15, 2010

Hon. Lawrence J. O'Neill
U.S. District Court Judge
Eastern District of California

Bunma: Stipulation to Exonerate
and Reconvey Cash Bond

2